# EXHIBIT D

EXECUTION COPY

TRUST AGREEMENT

among

LSF9 MORTGAGE HOLDINGS, LLC,
as Depositor

WELLS FARGO BANK, N.A.,
as Certificate Registrar and Trust Paying Agent

and

U.S. BANK TRUST NATIONAL ASSOCIATION
as Owner Trustee

Dated

July 10, 2014

LSF9 MASTER PARTICIPATION TRUST

TABLE OF CONTENTS

Page

**ARTICLE I  DEFINITIONS** ................................................................................................................1
    SECTION 1.01.  Definitions............................................................................................1
    SECTION 1.02.  Rules of Construction..........................................................................4

**ARTICLE II  ORGANIZATION** .........................................................................................................5
    SECTION 2.01.  Name and Formation...........................................................................5
    SECTION 2.02.  Office ...................................................................................................5
    SECTION 2.03.  Purposes and Powers...........................................................................5
    SECTION 2.04.  Appointment of Owner Trustee ...........................................................7
    SECTION 2.05.  Participation Agreement ......................................................................7
    SECTION 2.06.  Declaration of Trust..............................................................................7
    SECTION 2.07.  Liability of the Certificateholders ........................................................7
    SECTION 2.08.  Title to Trust Property ..........................................................................7
    SECTION 2.09.  Situs of Trust.........................................................................................7
    SECTION 2.10.  Representations and Warranties with respect to the Depositor................8
    SECTION 2.11.  Covenants of Certificateholders ..........................................................9

**ARTICLE III  CERTIFICATES AND TRANSFER OF INTERESTS** .................................9
    SECTION 3.01.  Initial Ownership..................................................................................9
    SECTION 3.02.  The Certificates ....................................................................................9
    SECTION 3.03.  Issuance and Authentication of Certificates........................................9
    SECTION 3.04.  Registration of Transfer and Exchange of Certificates........................10
    SECTION 3.05.  Mutilated, Destroyed, Lost or Stolen Certificates................................11
    SECTION 3.06.  Persons Deemed Certificateholders .....................................................11
    SECTION 3.07.  Access to List of Certificateholders' Names and Addresses .................11
    SECTION 3.08.  Maintenance of Office or Agency........................................................11
    SECTION 3.09.  Appointment of Trust Paying Agent....................................................12
    SECTION 3.10.  Transfer Restrictions ............................................................................12

**ARTICLE IV  ACTIONS BY OWNER TRUSTEE**............................................................................15
    SECTION 4.01.  Certain Actions and Restrictions on the Participation Trust..................15
    SECTION 4.02.  Restrictions on Certificateholders' Power ............................................16
    SECTION 4.03.  Majority Control ...................................................................................16
    SECTION 4.04.  Separateness..........................................................................................16
    SECTION 4.05.  Certain Litigation Matters.....................................................................18

**ARTICLE V  APPLICATION OF TRUST FUNDS; CERTAIN DUTIES**.............................18
    SECTION 5.01.  Application of Trust Funds ..................................................................18
    SECTION 5.02.  Tax Elections.........................................................................................19

**ARTICLE VI  AUTHORITY AND DUTIES OF OWNER TRUSTEE**.................................20
    SECTION 6.01.  General Authority .................................................................................20
    SECTION 6.02.  General Duties.......................................................................................21

SECTION 6.03. Action upon Instruction ..................................................................................21
SECTION 6.04. No Duties Except as Specified in this Agreement or in
              Instructions ..........................................................................................22
SECTION 6.05. No Action Except Under Specified Documents or Instructions ............23

**ARTICLE VII  CONCERNING THE OWNER TRUSTEE ........................................................23**
SECTION 7.01. Acceptance of Trust and Duties ...............................................................23
SECTION 7.02. Furnishing of Documents ........................................................................26
SECTION 7.03. Representations and Warranties ..............................................................26
SECTION 7.04. Reliance; Advice of Counsel ...................................................................26
SECTION 7.05. Not Acting in Individual Capacity ..........................................................27
SECTION 7.06. Owner Trustee Not Liable for Certificates, Mortgage Loans or
              REO Properties ...................................................................................27

**ARTICLE VIII  COMPENSATION OF OWNER TRUSTEE ...................................................28**
SECTION 8.01. Owner Trustee's Fees and Expenses .......................................................28
SECTION 8.02. Indemnification ........................................................................................28

**ARTICLE IX  DISSOLUTION AND TERMINATION OF TRUST .........................................29**
SECTION 9.01. Dissolution and Termination of Trust .....................................................29

**ARTICLE X  SUCCESSOR OWNER TRUSTEES AND ADDITIONAL OWNER
TRUSTEES ....................................................................................................................29**
SECTION 10.01. Eligibility Requirements for Owner Trustee .........................................29
SECTION 10.02. Resignation or Removal of Owner Trustee ...........................................30
SECTION 10.03. Successor Owner Trustee .......................................................................31
SECTION 10.04. Merger or Consolidation of Owner Trustee ..........................................31
SECTION 10.05. Appointment of Co-Trustee or Separate Trustee ..................................31

**ARTICLE XI  MISCELLANEOUS ................................................................................................33**
SECTION 11.01. Supplements and Amendments ..............................................................33
SECTION 11.02. No Legal Title to Participation Trust Estate in
              Certificateholders ...............................................................................34
SECTION 11.03. Limitations on Rights of Others .............................................................34
SECTION 11.04. Notices ....................................................................................................34
SECTION 11.05. Severability .............................................................................................34
SECTION 11.06. Separate Counterparts .............................................................................35
SECTION 11.07. Successors and Assigns ..........................................................................35
SECTION 11.08. No Petition ..............................................................................................35
SECTION 11.09. No Recourse ............................................................................................35
SECTION 11.10. Headings ..................................................................................................35
SECTION 11.11. Governing Law .......................................................................................35
SECTION 11.12. Waiver of Jury Trial ................................................................................36
SECTION 11.13. Administration of Trust ..........................................................................36

EXHIBIT A        Forms of Certificates
EXHIBIT B        Form of Purchaser's Representation Letter
EXHIBIT C        Certificate Register

This Trust Agreement (the "Participation Trust Agreement" or "Agreement"), dated July 10, 2014, is among LSF9 Mortgage Holdings, LLC, a Delaware limited liability company, as depositor (the "Depositor"), Wells Fargo Bank, N.A., a national banking association, as trust paying agent and certificate registrar, and U.S. Bank Trust National Association, a national banking association (in its individual capacity, together with its successors and assigns, "USBTNA"), as owner trustee (solely in such capacity, the "Owner Trustee").

WHEREAS, the Owner Trustee filed a Certificate of Trust of the Participation Trust with the Office of the Secretary of State of the State of Delaware on even date herewith; and

WHEREAS, the parties hereto desire to set forth their respective rights and obligations hereunder.

NOW, THEREFORE, in consideration of the premises and the mutual agreements herein contained, the parties hereto hereby agree as follows:

## ARTICLE I

## DEFINITIONS

SECTION 1.01. Definitions. For all purposes of the Participation Trust Agreement, capitalized terms used and not otherwise defined herein shall have the meanings assigned to them below.

"Annual Cap"  As such term is defined in the related Indenture.

"Business Day" means any day other than (i) a Saturday or a Sunday, or (ii) a day on which the New York Stock Exchange or Federal Reserve is closed, a day on which banking institutions in the State of Delaware, the State of New York, the State of Texas, the State of Maryland, the State of Minnesota or any state in which the Corporate Trust Office of an Indenture Trustee or the Trust Paying Agent is located are authorized or obligated by law or executive order to be closed.

"Certificates" has the meaning set forth in Section 3.02 hereof.

"Certificateholder Interest" means the undivided beneficial interest of a Certificateholder in the Participation Trust Estate, including, without limitation, rights to receive distributions (liquidating or otherwise), allocations and information, and to direct, consent or approve, all as more fully set forth herein, together with all obligations of such Certificateholder to comply with the terms and provisions of this Agreement.

"Certificateholders" means the holders of the Certificates, as reflected on the Certificate Register from time to time.

"Certificate Registrar" and "Certificate Register" have the meanings assigned to such terms in Section 3.04.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed by their respective officers or agents hereunto duly authorized, as of the day and year first above written.

    LSF9 MORTGAGE HOLDINGS, LLC
    as Depositor

    By: LSF9 Bermuda Mortgage Holdings, Ltd.,
    as Class A Member of LSF9 Mortgage
    Holdings, LLC

    By: _____
    Name:  Sandra Collins
    Title:  Vice President

    By: LSF9 REO Investments, LLC,
    as Class B Member of LSF9 Mortgage
    Holdings, LLC

    By: _____
    Name:
    Title:

    U.S. BANK TRUST NATIONAL
    ASSOCIATION,
    as Owner Trustee

    By: _____
        Name:
        Title:

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed by their respective officers or agents hereunto duly authorized, as of the day and year first above written.

                LSF9 MORTGAGE HOLDINGS, LLC
                as Depositor

                By: LSF9 Bermuda Mortgage Holdings, Ltd.,
                as Class A Member of LSF9 Mortgage
                Holdings, LLC

                By:_____
                Name: Sandra Collins
                Title: Vice President

                By: LSF9 REO Investments, LLC,
                as Class B Member of LSF9 Mortgage
                Holdings, LLC

                By:_____
                Name: Kyle Vollz
                Title: Vice President

                U.S. BANK TRUST NATIONAL
                ASSOCIATION,
                as Owner Trustee

                By: _____
                  Name:
                  Title:

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed by their respective officers or agents hereunto duly authorized, as of the day and year first above written.

LSF9 MORTGAGE HOLDINGS, LLC
as Depositor

By: LSF9 Bermuda Mortgage Holdings, Ltd.,
as Class A Member of LSF9 Mortgage
Holdings, LLC

By:_____
Name:
Title:

By: LSF9 REO Investments, LLC,
as Class B Member of LSF9 Mortgage
Holdings, LLC

By:_____
Name:
Title:

U.S. BANK TRUST NATIONAL
ASSOCIATION
as Owner Trustee

By: _/s/ Tim Matyi_____
Name: Tim Matyi
Title: Vice President

WELLS FARGO BANK, N.A. hereby accepts the appointment as Certificate Registrar pursuant to Section 3.04 hereof.

By: _____
    Name:   **Graham M. Oglesby**
    Title:      **Vice President**

WELLS FARGO BANK, N.A. hereby accepts the appointment as Trust Paying Agent pursuant to Section 3.09 hereof.

By: _____
    Name:   **Graham M. Oglesby**
    Title:      **Vice President**