| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, <br><br>         Plaintiff, <br><br> v. <br><br> MATTHEW M. MURRAY, <br><br>         Defendant, <br><br> and <br><br> WESTERN NEW ENGLAND COLLEGE, <br><br>         Party-in-Interest. | CIVIL ACTION NO. 3:24-cv-30046-JFK |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's order dated March 11, 2025 (Doc. No. 29), Plaintiff, U.S. Bank Trust National Association Not in its Individual Capacity But Solely as Owner Trustee for LSF9 Master Participation Trust ("U.S. Bank Trust as Trustee"), states as follows:

U.S. Bank Trust National Association is a national banking organization with its main office as designated in its Articles of Organization in Wilmington, Delaware. For purposes of diversity jurisdiction, the citizenship of a national banking association is determined by the "State designated in its articles of association as its main office." *Wachovia Bank v. Schmidt*, 546 U.S. 303, 318 (2006); *see* 28 U.S.C. § 1348. Where U.S. Bank Trust as Trustee is the named party in this action by virtue of its status as trustee of the trust that holds the subject mortgage loan, the diversity analysis focuses on the citizenship of U.S. Bank Trust as Trustee, rather than the individual certificate-holders of the underlying trust. *See U.S. Bank Trust, N.A. v. Dedoming*, 308 F. Supp. 3d 579, 580 (D. Mass. 2018) ("When a trustee is a party to litigation, it is the trustee's citizenship that controls for purposes of diversity jurisdiction[.]"), *citing Americold Realty Trust*

*v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 194 L. Ed. 2d 71 (2016). *See also Citibank, N.A. v. Najda*, Civil Action. No. 14-13593-GAO, 2023 WL 2248885, 2023 U.S. Dist. LEXIS 31706, at *3-4 (D. Mass. Feb. 27, 2023) (where trustee brought suit solely in its capacity as trustee of a trust and acted for the benefit of the trust in prosecuting the action, the trustee's citizenship controls for the purposes of the diversity analysis). Therefore, U.S. Bank Trust as Trustee is a citizen of Delaware for the purposes this matter, and complete diversity exists.

Further, pursuant to Fed. R. Civ. P. 7.1, U.S. Bank Trust as Trustee states that it is a wholly-owned subsidiary of U.S. Bancorp., which is a publicly traded company incorporated in the State of Delaware. No publicly-held corporation other than U.S. Bancorp owns 10% or more of its stock. U.S. Bancorp is a publicly-held corporation, does not have any parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

By: Its Attorneys

*/s/ Kevin W. Manganaro*
Donald W. Seeley, Jr., BBO #663568
Kevin W. Manganaro, BBO #690082
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Phone: 617-213-7000
Fax: 617-213-7001
dseeley@hinshawlaw.com
kmanganaro@hinshawlaw.com

Dated: March 13, 2025

1057290\324136800.v1

## CERTIFICATE OF SERVICE

I, Kevin W. Manganaro., hereby certify that on this 13th day of March, 2025, I served a true and accurate copy of the foregoing document to counsel of record by First Class Mail, as follows:

Matthew M. Murray                    Western New England College
28 Wellesley Street                  1215 Wilbraham Street
Springfield, MA 01109                Springfield, MA 01119


                                     _/s/ Kevin W. Manganaro_____
                                     Kevin W. Manganaro

3